FILED
June 11, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-210 WBS |
| Plaintiff, ) | |
| v. ) | ORDER OF RELEASE |
| DONNA ROSENAU, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize the continuing release of Donna Rosenau Case 2:10-cr-210 WBS subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    _    Unsecured bond in the amount of.

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    _    (Other)_____

Issued at Sacramento, CA on 6/11/10     at 2:13pm

By _____
Kimberly J. Mueller,
United States Magistrate Judge