LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
DONNA ROSENAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | No. Cr. S-10-210 WBS |
| Plaintiff,           ) | |
| ) | WAIVER OF DEFENDANT |
| v.           ) | DONNA ROSENAU'S |
| ) | PERSONAL PRESENCE |
| ROBERT E. ROSENAU, et al.,           ) | |
| ) | |
| Defendants.           ) | |
| _____) | |

      Defendant, Donna Rosenau, hereby waives the right to be in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant Rosenau hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

      Defendant Rosenau further acknowledges that defendant has been informed of defendant's rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes defendant's attorney to set times and delays under that Act without defendant being present.

DATED: July  6 , 2010                I consent to the above waiver of presence.

                                          /s/ Donna Rosenau
                                          DONNA ROSENAU
                                          Defendant

DATED: July  6 , 2010                I agree to the above waiver of presence.

                                          /s/ Scott L. Tedmon
                                          SCOTT L. TEDMON
                                          Attorney for Defendant Donna Rosenau

DATED:   July 8, 2010

                         *[signature: William B. Shubb]*
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE