LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
DONNA M. ROSENAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. No. S-10-210 WBS |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND FINDING OF EXCLUDABLE TIME |
| ROBERT E. ROSENAU and DONNA M. ROSENAU, | Date: July 12, 2010 Time: 8:30 a.m. |
| Defendants. | Judge: William B. Shubb |

The United States of America, through Assistant U.S. Attorney Camil A. Skipper, and defendant Robert E. Rosenau, through his counsel Jeffrey L. Staniels, and defendant Donna M. Rosenau, through her counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference in this case is set for Monday, July 12, 2010 at 8:30 a.m.

2. The government has recently provided 4,903 pages of discovery to defense counsel. Counsel for defendants are in the midst of reviewing this volume of discovery and need additional time to continue that process as well as identify legal issues and the discuss the matter with their respective clients.

3. As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, August 30, 2010 at 8:30 a.m.  Monica Narcisse has confirmed the Court's availability for the August 30, 2010 status conference date.  No jury trial date has been set

- 1 -

in this case.

4. Accordingly, the parties stipulate the Court should find that time be excluded through August 30, 2010 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: July 8, 2010                                BENJAMIN B. WAGNER
                                                   United States Attorney

                                                    /s/ Camil A. Skipper
                                                   CAMIL A. SKIPPER
                                                   Assistant United States Attorney


DATED: July 8, 2010                                DANIEL J. BRODERICK
                                                   Federal Defender

                                                    /s/ Jeffrey L. Staniels
                                                   JEFFREY L. STANIELS
                                                   Assistant Federal Defender
                                                   Attorney for Defendant Robert E. Rosenau


DATED: July 8, 2010                                LAW OFFICES OF SCOTT L. TEDMON

                                                    /s/ Scott L. Tedmon
                                                   SCOTT L. TEDMON
                                                   Attorney for Donna M. Rosenau

- 2 -

1 **ORDER**

2     GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that
3 time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code
4 T4], reasonable time necessary for effective counsel preparation, and that the ends of justice
5 therefore outweigh the best interest of the public in a speedy trial.  Accordingly,

6     IT IS ORDERED that this matter is continued to August 30, 2010, at 8:30 a.m., for further
7 status conference.

8     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code
9 T4], the period from July 12, 2010, to and including August 30, 2010, is excluded from the time
10 computations required by the Speedy Trial Act.

12 **IT IS SO ORDERED.**

14 DATED:   July 12, 2010

16 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE