LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
DONNA M. ROSENAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT E. ROSENAU and ) <br> DONNA M. ROSENAU, ) <br> ) <br> Defendants. ) <br> _____ ) | Cr. No. S-10-210 WBS <br><br> STIPULATION AND <br> ORDER TO CONTINUE STATUS <br> CONFERENCE AND FINDING <br> OF EXCLUDABLE TIME <br><br> Date:   August 30, 2010 <br> Time:   8:30 a.m. <br> Judge:  William B. Shubb |

      The United States of America, through Assistant U.S. Attorney Camil A. Skipper, and defendant Robert E. Rosenau, through his counsel Jeffrey L. Staniels, and defendant Donna M. Rosenau, through her counsel Scott L. Tedmon, hereby stipulate and agree as follows:

      1. The current status conference in this case is set for Monday, August 30, 2010 at 8:30 a.m.

      2. The government has provided 4,903 pages of discovery to defense counsel.  Counsel for defendants are in the midst of reviewing this volume of discovery and need additional time to continue that process as well as identify legal issues and the discuss the matter with their respective clients.

      3. As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, November 1, 2010 at 8:30 a.m.  The Court's availability for the November 1, 2010 status conference date has been confirmed.  No jury trial date has been set in this

case.

4. Accordingly, the parties stipulate the Court should find that time be excluded through November 1, 2010 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: August 25, 2010      BENJAMIN B. WAGNER
                            United States Attorney

                             /s/ Camil A. Skipper
                            CAMIL A. SKIPPER
                            Assistant United States Attorney

DATED: August 25, 2010      DANIEL J. BRODERICK
                            Federal Defender

                             /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant Robert E. Rosenau

DATED: August 25, 2010      LAW OFFICES OF SCOTT L. TEDMON

                             /s/ Scott L. Tedmon
                            SCOTT L. TEDMON
                            Attorney for Donna M. Rosenau

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to Monday, November 1, 2010, at 8:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from August 30, 2010, to and including November 1, 2010, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: August 26, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE