1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ROBERT E. ROSENAU

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:10-cr-0210 WBS
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
13      v.                        ) VACATING DATE, CONTINUING CASE
                                  ) AND EXCLUDING TIME
14 ROBERT E. ROSENAU and          )
   DONNA m. ROSENAU,              )
15                                ) Date:  November 1, 2010
                Defendants.       ) Time:  8:30 a.m.
16                                ) Judge: Hon. William B. Shubb
   _____

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Camil Skipper, Counsel for Plaintiff, and Assistant Federal

20 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

21 conference scheduled for November 1, 2010, be vacated and the case

22 continued until January 10, 2011, at 8:30 a.m. for further status

23 conference. This continuance is sought in light of Mr. Tedmon's

24 substantial unavailability while in trial before Judge Shubb, and to

25 permit counsel for the defendants to conduct further defense

26 preparation including review of documentary evidence, consultation with

27 clients, consideration of motions, and investigation.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until January

2  10, 2011, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code

3  T-4, for defense preparation.

4       **IT IS SO STIPULATED.**

5

6  Dated: October 27, 2010          /S/ Camil Skipper
                                     Camil Skipper
7                                    Assistant U.S. Attorney
                                     Counsel for Plaintiff
8

9  Dated: October 27, 2010          /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
10                                   Assistant Federal Defender
                                     Attorney for Defendant
11                                   ROBERT E. ROSENAU

12
   Dated: October 27, 2010          /S/ Scott Tedmon
13                                   SCOTT TEDMON
                                     Attorney for Defendant
14                                   DONNA M. ROSENAU

15

16
                              **O R D E R**
17
        **IT IS SO ORDERED.**
18
                    By the Court,
19

20
   Dated:  October 28, 2010
21

22
   _____
   WILLIAM B. SHUBB
23 UNITED STATES DISTRICT JUDGE

24

25

26

27

28