LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
DONNA M. ROSENAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ROBERT E. ROSENAU and ) <br> DONNA M. ROSENAU, ) <br> ) <br> Defendants. ) <br> _____ ) | Cr. No. S-10-210 WBS <br><br> STIPULATION AND <br> ORDER TO CONTINUE STATUS <br> CONFERENCE AND FINDING <br> OF EXCLUDABLE TIME <br><br> Date:   January 10, 2011 <br> Time:   8:30 a.m. <br> Judge: William B. Shubb |

The United States of America, through Assistant U.S. Attorney Camil A. Skipper, and defendant Robert E. Rosenau, through his counsel Jeffrey L. Staniels, and defendant Donna M. Rosenau, through her counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference in this case is set for Monday, January 10, 2011 at 8:30 a.m.

2. The government has provided approximately 5,000 pages of discovery to defense counsel. Counsel for defendant Donna Rosenau has been in the complex three-month jury trial of *U.S. v. Amaro, Mora, Killinger, and Stewart-Hanson* which concluded the second week of December before your Honor.  With the conclusion of the aforementioned jury trial, counsel for Donna Rosenau is continuing to review the volume of discovery in this case and needs necessary additional time to continue that process as well as identify legal issues and the discuss the matter with his client. Counsel for co-defendant Robert Rosenau understands and agrees regarding the need for necessary

1  additional time in order that counsel can properly prepare and concurs in this request. Likewise,
2  counsel for the government understands and agrees to the defense request for the necessary
3  additional time to prepare.

4      3. As such, government and defense counsel stipulate it is appropriate to continue the current
5  status conference to Monday, March 21, 2011 at 8:30 a.m. The Court's availability for the March
6  21, 2011 status conference date has been confirmed. No jury trial date has been set in this case.

7      4. Accordingly, the parties stipulate the Court should find that time be excluded through
8  March 21, 2011 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18
9  U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best
10 interest of the public in a speedy trial.

11     Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
12 behalf.

13 **IT IS SO STIPULATED.**

14 DATED: January 6, 2011            BENJAMIN B. WAGNER
                                     United States Attorney

16                                    /s/ Camil A. Skipper
                                     CAMIL A. SKIPPER
                                     Assistant United States Attorney

18 DATED: January 6, 2011            DANIEL J. BRODERICK
                                     Federal Defender

20                                    /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
21                                   Attorney for Defendant Robert E. Rosenau

23 DATED: January 6, 2011            LAW OFFICES OF SCOTT L. TEDMON

24                                    /s/ Scott L. Tedmon
                                     SCOTT L. TEDMON
                                     Attorney for Donna M. Rosenau

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to Monday, March 21, 2011, at 8:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from January 10, 2011, to and including March 21, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: January 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE