```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT E. ROSENAU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0210 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | VACATING DATE, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| ROBERT E. ROSENAU and ) | |
| DONNA M. ROSENAU, ) | |
| ) | Date: April 2, 2012 (TCH) |
| Defendants. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Russell Carlberg, Counsel for Plaintiff, Scott Tedmon, Counsel for Donna M. Rosenau, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Robert E. Rosenau, that the jury trial scheduled for May 1, 2012, be vacated and re-calendared for May 8, 2012 at 9:00 a.m., at the request of counsel for Mr. Rosenau. This continuance is sought in order to accommodate Mr. Staniels' request so that he may attend to personal family matters in mid-April and still have a

1  reasonable amount of time for last minute trial preparations.  The
2  Trial Confirmation Hearing now calendared for April 2, 2012, shall
3  remain as currently set. The court is advised that Mr. Staniels has
4  consulted with Mr. Tedmon and Mr. Carlberg who both have said they are
5  agreeable to the one week continuance, and also with this court's clerk
6  who has advised that the date of May 8, 2012 is available on the
7  court's calendar.

8  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
9  Trial Act which has been excluded until May 1, 2012, CR 25 be further
10 excluded from May 1, 2012 until May 8, 2012 2011, pursuant to 18 U.S.C.
11 § 1361(h)(7)(A) & (B)(iv), Local code T-4, for continuity of counsel
12 and defense preparation.  Given the brevity of the requested
13 continuance outlined above the parties request that this court find
14 that the interests of justice served by granting this request outweigh
15 the interests of the defendant and the public in commencing trial on
16 May 1, 2012, rather than on May 8, 2012.

17 **IT IS SO STIPULATED.**

19 Dated: February 9, 2012           /S/Russell Carlberg
                                     Russell Carlberg
20                                   Assistant U.S. Attorney
                                     Counsel for Plaintiff

22 Dated: February 9, 2012           /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
23                                   Assistant Federal Defender
                                     Attorney for Defendant
24                                   ROBERT E. ROSENAU

26 Dated: February 9, 2012           /S/ Scott Tedmon
                                     SCOTT TEDMON
                                     Attorney for Defendant
27                                   DONNA M. ROSENAU

28

**O R D E R**

The one week continuance sought in the attached stipulation of the parties is hereby Granted. For the reasons stated and agreed to by all parties the court does find that the interests of justice served by granting the request outweigh the interests of the public and the defendants in a Speedy Trial. The jury trial scheduled for May 1, 2012 is continued to May 8, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

By the Court,

Dated: February 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE