1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT E. ROSENAU

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,    )   No. 2:10-cr-0210 WBS
                                 )
11              Plaintiff,       )
                                 )   UNOPPOSED MOTION AND [~~PROPOSED~~]
12       v.                      )   ORDER VACATING DATES, CONTINUING
                                 )   CASE AND EXCLUDING TIME
13  ROBERT E. ROSENAU and        )
    DONNA M. ROSENAU,            )   Date:  July 9, 2012 (TCH)
14                               )   Time:  9:30 a.m.
                Defendants.      )   Judge: Hon. William B. Shubb
15                               )
    _____

16
            Assistant Federal Defender Jeffrey L. Staniels, Counsel for
17
    Robert E. Rosenau, and Scott Tedmon, Counsel for Donna M.
18
    Rosenau, hereby move for an order vacating the currently
19
    scheduled trial confirmation hearing of July 9, 2012, and the
20
    currently scheduled jury trial of August 14, 2012, for the
21
    reasons set out below. This motion is not opposed by government
22
    counsel, Assistant United States Attorney Jean Hobler.
23
            This continuance is requested based on the recent advisement
24
    by government counsel in a letter dated and received on June 20,
25
    2012, that a large volume of additional discovery is in the
26
    process of being collected and organized for distribution to
27

28
                                    1

1    defense counsel.  The material is said to include thirteen boxes

2    of materials produced during an SEC investigation of Rosenau

3    Investments, Inc. These materials include deposition exhibits,

4    investor records, defendant bank records (subject to receipt of

5    RFPA required client consents which are being sought by counsel)

6    and other undescribed materials, an undetermined portion of which

7    were not previously disclosed.  It is noted that the vast

8    majority of the materials to be produced were collected by the

9    SEC in its own investigation of Rosenau Investments and there is

10   no current suggestion by any party that the government had an

11   obligation to obtain or produce these documents at any point in

12   these proceedings.  Nonetheless, the availability of the

13   materials from the SEC may well significantly inform the position

14   of the parties in regard to resolution and/or ultimate trial of

15   this matter.

16       In addition government counsel advises that early Jencks in

17   the form of FBI Reports of interviews and grand jury transcripts

18   will be included in the disclosure as well as Rosenau Investment

19   electronic business records which are not more specifically

20   described.

21       Given the private nature of some discovery involved, counsel

22   have agreed in principle to an as-yet unexecuted protective order

23   governing the handling of such material.

24       In response to government counsel's letter counsel have

25   conferred and agree that adequate review of this material and

26   incorporation of pertinent parts into defense planning is

27   impracticable with the current schedule.  All counsel agree

28

2

1  therefore that a rescheduled jury trial date is called for.  All

2  counsel have explicitly advised that they are available for a

3  trial commencing on October 23, 2012.  This court's deputy clerk

4  advises that this date is available subject only to a possible

5  one day delay in light of an unrelated matter currently set by

6  the court for October 23rd.

7      For these reasons the court is requested to grant this

8  unopposed motion for rescheduling trial in this matter, and to

9  exclude time under the Speedy Trial Act to allow for continuity

10  of counsel and adequate defense preparation.  All parties agree

11  that, given the reasons outlined above, this court should find

12  that the interests of justice served by granting this request

13  outweigh the interests of the defendant and the public in a

14  Speedy Trial.

15              Respectfully submitted,

16                               Daniel J. Broderick
                                 Federal Defender
17

18  Dated: June 22, 2012          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
19                               Assistant Federal Defender
                                 Attorney for Defendant
20                               ROBERT E. ROSENAU

21
    Dated: June 22, 2012         /S/ Scott Tedmon
22                               SCOTT TEDMON
                                 Attorney for Defendant
23                               DONNA M. ROSENAU

24

25

26

27

28
                                 3

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT E. ROSENAU

7
                   IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,    )   No. 2:10-cr-0210 WBS
                                )
11              Plaintiff,       )
                                )
12      v.                      )
                                )   **O R D E R**
13 ROBERT E. ROSENAU and        )
   DONNA M. ROSENAU,            )
14                              )
                Defendants.     )
15                              )
   _____

16

17      The continuance sought in the attached unopposed motion of

18 counsel for the parties is hereby Granted.  The Jury Trial

19 scheduled for August 14, 2012 is vacated and recalendared for

20 October 23, 2012.  Trial confirmation currently scheduled for

21 July 9, 2012, is also vacated and recalendared for September 24,

22 2012.

23      For the reasons stated and agreed to by all parties the court

24 finds that the interests of justice served by granting the

25 continuance outweigh the interests of the public and the

26 defendants in a Speedy Trial, and therefore time is excluded

27 under the Speedy Trial Act pursuant to Local Code T4, 18 U.S.C. §

28
                                   4

1 | 3161(h)(7)(B)(iv) from today's date to the first day of trial on

2 | October 23 or 24, 2012.

3 | **IT IS SO ORDERED.**

4 | By the Court,

5 |

6 | Dated:   June 25, 2012

7 |

8 | WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |